# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS



In Re:     Rochelle Brown

**Debtor(s)**

Case No.: 19−31103

Chapter:  7

**ENTERED**
**06/24/2019**

### *ORDER CLOSING CASE*

The estate has been fully administered. Therefore, the Court orders:

1. Lowell T Cage is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 6/24/19

JEFF BOHM
United States Bankruptcy Judge